IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC A. CHAMBERS,       : | |
|    Petitioner        : | |
|                                : | No. 1:23-cv-00502 |
|    v.        : | |
|                                : | (Judge Kane) |
| SUPERINTENDENT KLINEFELTER,     : | |
|                                : | |
|    Respondent        : | |

# ORDER

**AND NOW**, on this 5th day of September, 2023, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner's "motion to dismiss" Respondent's response (Doc. No. 9) is **GRANTED IN PART**;

2. The petition for writ of habeas corpus (Doc. No. 1) is **DENIED WITH PREJUDICE**;

3. The Clerk of Court is directed to **TERMINATE** the Pennsylvania Attorney General's Office and the District Attorney of Dauphin County as Respondents in this action;

4. A certificate of appealability shall not issue; and

5. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane  
Yvette Kane, District Judge  
United States District Court  
Middle District of Pennsylvania